**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 13, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00953-CV

---

### IN RE STEFANI BAMBACE, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-27762**

---

## MEMORANDUM OPINION

On October 31, 2018, relator Stefani Bambace filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Wesley Ward, presiding judge of the 234th District Court of Harris

County, to vacate his September 17, 2018 order compelling arbitration of the action below.

With certain exceptions not applicable here, to obtain mandamus relief, a relator must show both that the trial court clearly abused its discretion and that relator has no adequate remedy at law, such as an appeal. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relator has not shown that she does not have an adequate remedy by appeal after final judgment. *See In re Gulf Exploration, LLC*, 289 S.W.3d 836, 842–43 (Tex. 2009) (orig. proceeding); *Kahn v. Baker Nissan N., Inc.*, No. 14-09-00106-CV, 2009 WL 1795580 (Tex. App.—Houston [14th Dist.] June 25, 2009, orig. proceeding) (per curiam) (mem. op.). Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Donovan, Wise, and Jewell.

2